B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Venture Technology Groups, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>80-0752900 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>23800 Industrial Park Dr.<br>Farmington, MI<br>ZIP Code 48335 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

## Filing Fee (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Venture Technology Groups, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Venture Technology Groups, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ Michael E. Baum
Signature of Attorney for Debtor(s)

Michael E. Baum (P29446)
Printed Name of Attorney for Debtor(s)

Schafer and Weiner, PLLC
Firm Name

40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Address

Email: mbaum@schaferandweiner.com
(248) 540-3340
Telephone Number

October 2, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ John Walsh
Signature of Authorized Individual

John Walsh
Printed Name of Authorized Individual

President
Title of Authorized Individual

October 2, 2014
Date

In re    Venture Technology Groups, Inc.,     Case No. _____
                                     Debtor

Chapter     11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donald Fichter, Jr.<br>4180 Carson Dr.<br>Troy, MI 48098 | | 66,007 shares | 21.1% |
| Tillery Venture, LLC<br>7013 Willow Trace Lane<br>Weddington, NC 28104-6804 | | 246,840 shares | 78.9% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 2, 2014              Signature  /s/ John Walsh
                                                                                        John Walsh
                                                                                        President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

_0_ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Venture Technology Groups, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: October 2, 2014

/s/ John Walsh
John Walsh/President
Signer/Title

A-T Controls
P.O. Box 934100
Atlanta, GA 31193-4100


Accuflow
5744 Industry Lane, Ste. A
Frederick, MD 21704


Action Automation
5160 W. 125th Place
Alsip, IL 60803


Adaptive Wireless
577 Main Street
Hudson, MA 01749


Advance Disposal
Solid Waste Midwest, LLC - T8
PO Box 6484
Carol Stream, IL 60197-6484


Advanced Scientifics, Inc. (ASI)
163 Research Lane
Millersburg, PA 17061


AFLAC
ATTN: Remittance Processing Svcs
1932 Wynnton Road
Columbus, GA 31999-0797


Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576


Alloyweld Inspection
796 Maple Lane
Bensenville, IL 60106


American Express
2965 W Corporate Lakes Blvd.
Weston, FL 33331


Amerigas
PO Box 371473
Pittsburgh, PA 15250-7473

Ametek
PO Box 8500 (S-8275)
Philadelphia, PA 19178-8275

Ametek
P.O. Box 8500
(S-8275)
Philadelphia, PA 19178-8275

Anderson Material Handling
30575 Andersen Ct.
Wixom, MI 48393-1015

Apac Paper and Packaging
P.O. Box 6400
Dept. 64854
Detroit, MI 48264-0854

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

Azbil North America
9033 N. 24th Ave., Ste. 5
Phoenix, AZ 85021

Bettis
P.O. Box 730156
Dallas, TX 75373

Bright House Networks
PO Box 30407
Tampa, FL 33630-3407

C.I. Actuation
PO Box 842348
Dallas, TX 75284-2348

Cameron
P.O. Box 731412
Dallas, TX 75373-1412

Cameron
3250 Briarpark Drive, Ste. 300
Houston, TX 77042

Canada Pipeline Accessories
10653 - 46 Street SE
Calgary, AB, Canada  T2C 5C2


CCP II-A, LP
3030 Market Tower
10 West Market
Indianapolis, IN 46204


CCP III-SBIC, LP
3030 Market Tower
10 West Market
Indianapolis, IN 46204


CEESI
Colorado Engineering Station,
54043 WCR 37
Nunn, CO 80648


Centerfield Capital Partners II, LP
3030 Market Tower
10 West Market
Indianapolis, IN 46204


Centerfield Capital Partners III, LP
3030 Market Tower
10 West Market
Indianapolis, IN 46204


Century Instrument
11865 Mayfield
Livonia, MI 48150


Chart Pool USA
5695 Old Porter Road
Portage, IN 46368


Chris Weidenhammer
7013 Willow Trace Lane
Weddington, NC 28104-6804


Comcast
P.O. Box 105257
Atlanta, GA 30348-5257

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Con-Way Freight
P.O. Box 5160
Portland, OR 97208-5160


Consumers Energy
Bankruptcy Department
4600 Coolidge Hwy.
Royal Oak, MI 48073


Control Air, Inc.
8 Columbia Ave.
Amherst, NH 03031


Control Components, Inc., (CCI)
22591 Avendia Empressa
Rancho Santa Margarita, CA 92688-2003


Control Microsystems
48 Steacie Drive
Kanta, ON, Canada  K2K 2A9


CT Corp.
PO Box 4349
Carol Stream, IL 60197-4349


Curtiss Street, LP
5103 Chase Street
Downers Grove, IL 60515


Custom Mounting Solutions, LLC
12283 Levan
Livonia, MI 48150


Custom Tag
5727 Lost Brook Court
Saint Louis, MO 63151-0332


Daniel Industries - Canada
Lockbox C09681C
PO Box 9681, Stn M
Calgary, AB   T2P 0E9

```
Daniel Measurement
11100 Brittmoore Park Drive
Houston, TX 77041


Daniel Measurement/Controls
P.O. Box 730156
Dallas, TX 75373-0156


Decosimo
P.O. Box 11453
Chattanooga, TN 37401


DFT
P.O. Box 566
Exton, PA 19341


Diamond Gear Co.
P.O. Box 732158
Dallas, TX 75373-2158


Donald Fichter, Jr.
4180 Carson Dr.
Troy, MI 48098


Donald Fichter, Jr.
4180 Carson Drive
Troy, MI 48098


DTE Energy
P.O. Box 740786
Cincinnati, OH 45274-0786


Emerson
13840 Pike Rd.
Missouri City, TX 77489


Emerson Process Mgmt.
Valve Actuation
P.O. Box 730156
Dallas, TX 75373-0156


Entegris
117 Jonathan Blvd. North
Chaska, MN 55318
```

Entegris, Inc.
N.W. - 9863
PO Box 1450
Minneapolis, MN 55485


Equipment & Controls, Inc.
A.E. Ehrke
P.O. Box 3666
Pittsburgh, PA 15230-3666


Erdmann
1021 Solutions Center
Chicago, IL 60677-1000


FedEx Freight East
P.O. Box 223125
Pittsburgh, PA 15250-2125


Fil-Trek
70 Fleming Drive
Cambridge ON, Canada  N1T 2B1


Fisher Process Industries
155 Commerce Blvd.
Loveland, OH 45140


Flexim Americas
250-V Executive Drive
Brentwood, NY 11717


Flowserve Gestra US
13990 Collections Center Drive
Chicago, IL 60693


Ford Credit
P.O. Box 552679
Detroit, MI 48255-2679


GE Oil & Gas
P.O. Box 1845, Station M
Calgary, AB   T2P 2L8


General Monitors
P.O. Box 644910
Pittsburgh, PA 15264-4910

General Monitors
26776 Simpatica Circle
Lake Forest, CA 92630


Grainger
Dept. 818139016
Palatine, IL 60038-0001


Graver Technologies
P.O. Box 91494
Chicago, IL 60693


Grid4 Communications
P.O. Box 77000
Detroit, MI 48277-0224


H.H. Barnum Co
7915 Lochlin Drive
Brighton, MI 48116


Hoke
Dept. LA 21188
Pasadena, CA 91185-1188


Hytork
P.O. Box 730156
Dallas, TX 75373-0156


Intergra
29 Saratoga Blvd.
Devens, MA 01432


ISE Magtech
P.O. Box 202453
Dallas, TX 75320-2453


ITT Corp
33 Centerville Road
Lancaster, PA 17603


ITT Shared Services
P.O. Box 371630
Pittsburgh, PA 15250-7630

John Fisher
112 Starr Road
Spring Arbor, MI 49283


John H Carter Co.
Dept 161
P.O. Box 4869
Houston, TX 77210-4869


John Pace
20289 Wildcat Run
Estero, FL 33928


Keltic FInancial Partners II, LP
Attn: John P. Reilly, Pres. & CEO
580 White Plains Rd., Ste. 610
Tarrytown, NY 10591


Lakos
P.O. Box 6119
Fresno, CA 93703-6119


Lakos Industrial
P.O. Box 6119
Fresno, CA 93703-6119


Lecher
Dept. 77-3276
Chicago, IL 60678-3276


Lechler, Inc.
Dept, 77-3276
Chicago, IL 60678-3276


Lincoln Automotive
P.O. Box 522679
Detroit, MI 48255-2679


Loy Instrument Inc
P.O. Box 19426
Indianapolis, IN 46219-0426

Macomb Group
P.O. Box 67000
Dept. 166401
Detroit, MI 48267


Mag-Gage
888 Clear Creek Ave.
League City, TX 77573


Magna Mirrors
3575 128th Ave.
Holland, MI 49424


Matheson Tri-Gas
Dept. 3028
P.O. Box 123028
Dallas, TX 75312


Matthew Roy
36257 Jamison
Livonia, MI 48154


McDaniel Controls, Inc.
P.O. Box 187
Luling, LA 70070


McJunkin
P.O. Box 204392
Dallas, TX 94163


MetLife - Group Benefits
P.O. Box 804466
Kansas City, MO 64180-4466


Metro Bolt & Fastner
19339 Glenmore
Detroit, MI 48240


Metso Automation
P.O. Box 945865
Atlanta, GA 30394-5865


Mettler Toledo
900 Middlesex Turnpike, Bldg. 8
Billerica, MA 01821-3929

Mettler-Toledo
23669 Network Place
Chicago, IL 60673-1236


Michell Instruments
319 Newburyport Turnpike
Rowley, MA 01969


Mid-States Supply
NW 6275
P.O. Box 1450
Minneappolis, MN 55485-6275


Moniteur Devices, Inc
36 Commerce
Cedar Grove, NJ 07009


New Age Industries
P.O. Box 8500-S5810
Philadelphia, PA 19178-5810


OCWRC
One Public Works Drive
Building 95 West
Waterford, MI 48328-1907


Oil States Piper Valve
1020 East Grand Blvd.
Oklahoma City, OK 73129


PECOFacet
P.O. Box 841305
Dallas, TX 75284-1305


Phoenix Contact
P.O. Box 13344
Newark, NJ 07101-3344


Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Powder-Bulk Products, Inc.
5124 Birch Drive
Lexington, MI 48450-9261

Preferred Data
39100 Country Club Dr. #200
Farmington Hills, MI 48331


Prestige Landscaping
20555 Ellen Court
Livonia, MI 48152


Priority Health
3915 Momentum Place
Chicago, IL 60689-5339


Renfro Associates
501 South 12th Street
Broken Arrow, OK 74012


Richards Industries
Location 0279
Cincinnati, OH 45264-0279


Rosemount Analytical
P.O. Box 730156
Dallas, TX 75373-0156


RW Flow Controls, Inc.
P.O. Box 842320
Houston, TX 77284-2320


SAIA Motor Freight
P.O. Box 730532
Dallas, TX 75373-0532


Sebewaing Flow Control
415 Union Street
Sebewaing, MI 48759


Shelco Filters
100 Bradley Street
Middletown, CT 06457


Siemens Process Automation
P.O. Box 371-034
Pittsburgh, PA 15251-7034

Smart Sensors
P.O. Box 672501
Houston, TX 77267-2501


SPX Valves & Control
1950 N Stemmons Freeway
Dallas, TX 75207


Star Manketing
P.O. Box 230
Kaukauna, WI 54130


Sunsource
P.O. Box 790
Boomingdale, IL 60108


Swissfluid USA
12763 Cappicorn Drive
Stafford, TX 77477


T3 Energy Services
P.O. Box 201248
Dallas, TX 75320-1248


Tillery Capital III, LLC
Attn: Chris Weidenhammer
7013 Willow Trace Lane
Weddington, NC 28104-6804


Tom Holzer Ford, Inc.
39300 W. 10 Mile Road
Farmington, MI 48335


Toshiba
26030 Network Place
Chicago, IL 60673-1260


Toshiba Business Solutions
37987 Interchange Drive
Farmington, MI 48335-1006


Total Energy
8939 W. 21st. Street
Sand Springs, OK 74063

Toyota
P.O. Box 4102
Carol Stream, IL 60197-4102

Triangle Capital Corporation
Attn: Jeffrey Dombcik
3700 Glenwood Ave., Ste. 530
Raleigh, NC 27612

Trimtek
12461 NW 44th Street
Pompano Beach, FL 33065

Turck, Inc.
MI 67, P.O. Box 9201
Minneapolis, MN 55480-9201

USF Holland
27052 Network Place
Chicago, IL 60673-1270

Valtronics
P.O. Box 490
Ravenswood, WV 26164

Valvtechnologies
P.O. Box 847766
Dallas, TX 75284-7766

Valvtechnologies
P.O. Box 84776
Dallas, TX 75284-7766

Venture Landholdings, LLC
23800 Industrial Park Drive
Farmington Hills, MI 48335

Venture Landholdings, LLC
23800 Industrial Park Drive
Farmington, MI 48335

Versa Products
22 Spring Valley Road
Paramus, NJ 07652

Village of Downers Grove
801 Burlington Avenue
Downers Grove, IL 60515


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648


Wells Fargo
Manufacturer Services Group
P.O. Box 7777
San Francisco, CA 94120-7777


Wells Fargo Equipment Finance
300 Tri-State International, Ste. 400
Lincolnshire, IL 60069


Williams Valve
38-52 Review Avenue
Long Island, NY 11101


ZenPure
12030 Cadet Court
Manassas, VA 20109