B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Venture Technology Groups, Inc.
                              Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>2965 W Corporate Lakes Blvd.<br>Weston, FL 33331 | American Express<br>2965 W Corporate Lakes Blvd.<br>Weston, FL 33331 | Credit Card | | 66,074.06 |
| C.I. Actuation<br>PO Box 842348<br>Dallas, TX 75284-2348 | contact@ciactuation.com<br>C.I. Actuation<br>1619 East Richey Road<br>Houston, TX 77073<br>FAX: (281) 209-9155 | Trade Payable | | 41,878.78 |
| Cameron<br>P.O. Box 731412<br>Dallas, TX 75373-1412 | Cameron<br>3250 Briarpark Lane, Ste. 300<br>Houston, TX 77042<br>FAX: (281) 261-3588 | Trade Payable | | 909,566.82 |
| Canada Pipeline Accessories<br>10653 - 46 Street SE<br>Calgary, AB, Canada  T2C 5C2 | info@cpacl.ca<br>Canada Pipeline Accessories<br>10653 - 46 Street SE<br>Calgary, AB, Canada  T2C 5C2<br>FAX: (403) 236-0019 | Trade Payable | | 46,299.00 |
| Daniel Industries - Canada<br>Lockbox C09681C<br>PO Box 9681, Stn M<br>Calgary, AB   T2P 0E9 | Daniel Industries - Canada<br>4215-72 Avenue SE, Ste. 114<br>Calgary, AB  T2C 2G5<br>FAX: (403) 236-1337 | Trade Payable | | 142,878.71 |
| Decosimo<br>P.O. Box 11453<br>Chattanooga, TN 37401 | Decosimo<br>2839 Paces Ferry Road, Ste. 350<br>Atlanta, GA 30339<br>FAX: (770) 980-9230 | Trade Payable | | 27,000.00 |
| Emerson Process Mgmt.<br>Valve Actuation<br>P.O. Box 730156<br>Dallas, TX 75373-0156 | infocentral@emersonprocess.com<br>Emerson Process Mgmt.<br>Valve Actuation<br>13840 Pike Road<br>Missouri City, TX 77489<br>FAX: (281) 499-8445 | Trade Payable | | 115,032.00 |
| Entegris, Inc.<br>N.W. - 9863<br>PO Box 1450<br>Minneapolis, MN 55485 | webrequest@entegris.com<br>Entegris, Inc.<br>117 Jonathan Blvd., North<br>Chaska, MN 55318<br>FAX: (952) 556-1880 | Trade Payable | | 148,425.75 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Venture Technology Groups, Inc.  
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| General Monitors<br>P.O. Box 644910<br>Pittsburgh, PA 15264-4910 | elizabethl@generalmonitors.com<br>General Monitors<br>26776 Simpatica Circle<br>Lake Forest, CA 92630<br>FAX: (949) 581-1151 | Trade Payable | | 75,823.55 |
| Graver Technologies<br>P.O. Box 91494<br>Chicago, IL 60693 | info@gravertech.com<br>Graver Technologies<br>200 Lake Drive<br>Newark, DE 19702<br>FAX: (302) 731-1707 | Trade Payable | | 23,536.18 |
| ITT Shared Services<br>P.O. Box 371630<br>Pittsburgh, PA 15250-7630 | mike.leaman@itt.com<br>ITT Shared Services<br>33 Centerville Road<br>Lancaster, PA 17603<br>FAX: (717) 509-2336 | Trade Payable | | 32,931.75 |
| Mettler-Toledo<br>23669 Network Place<br>Chicago, IL 60673-1236 | Mettler-Toledo<br>900 Middlesex Turnpike, Bldg. 8<br>Billerica, MA 01821<br>FAX: (781) 271-0214 | Trade Payable | | 108,044.57 |
| Mid-States Supply<br>NW 6275<br>P.O. Box 1450<br>Minneapolis, MN 55485-6275 | marshall@midstate.com<br>Mid-States Supply<br>700 North 7th Street<br>Marshall, MN 56258<br>FAX: (507) 532-5194 | Trade Payable | | 35,000.00 |
| PECOFacet<br>P.O. Box 841305<br>Dallas, TX 75284-1305 | PECOFacet<br>118 Washington<br>Mineral Wells, TX 76067<br>FAX: (940) 325-4622 | Trade Payable | | 287,839.72 |
| Rosemount Analytical<br>P.O. Box 730156<br>Dallas, TX 75373-0156 | Rosemount Analytical<br>10241 West Little York Road<br>Suite 200<br>Houston, TX 77040<br>FAX: (440) 914-1262 | Trade Payable | | 45,704.74 |
| RW Flow Controls, Inc.<br>P.O. Box 842320<br>Houston, TX 77284-2320 | RW Flow Controls, Inc.<br>18050 Keith Harrow Blvd.<br>Houston, TX 77084<br>FAX: (713) 692-5858 | Trade Payable | | 75,000.00 |
| T3 Energy Services<br>P.O. Box 201248<br>Dallas, TX 75320-1248 | T3 Energy Services<br>4554 Kennedy Commerce Drive<br>Houston, TX 77032<br>FAX: (713) 944-5950 | Trade Payable | | 25,000.50 |
| Total Energy<br>8939 W. 21st. Street<br>Sand Springs, OK 74063 | Total Energy<br>8939 W. 21st. Street<br>Sand Springs, OK 74063<br>(918) 447-4877 | Trade Payable | | 76,676.70 |

B4 (Official Form 4) (12/07) - Cont.

In re  Venture Technology Groups, Inc.  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Turck, Inc.<br>MI 67, P.O. Box 9201<br>Minneapolis, MN 55480-9201 | insidesales@turck.com<br>Turck, Inc.<br>3000 Campus Drive<br>Minneapolis, MN 55441<br>FAX: (248) 669-6084 | Trade Payable | | 137,982.48 |
| Williams Valve<br>38-52 Review Avenue<br>Long Island, NY 11101 | wew@williamsvalve.com<br>Williams Valve<br>38-52 Review Avenue<br>Long Island, NY 11101<br>FAX: (718) 729-5106 | Trade Payable | | 231,065.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 2, 2014

Signature  /s/ John Walsh  
John Walsh  
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.